IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORBERTO MONTESINO, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1495 (RLA)

INSTITUTO MEDICO DEL NORTE,
et al.,

    Defendants.

ENTERED ON DOCKET 9/10/99 PURSUANT TO FRCP RULES 58 & 79a

## JUDGMENT

Absent opposition and it appearing from the testimony of plaintiff's own expert witness that there is no evidence to substantiate the medical malpractice claims asserted in the complaint,

The Motion for Summary Judgment filed by codefendants AMERICAN INTERNATIONAL INS. CO. ("AIICO") and INSTITUTO MEDICO DEL NORTE, d/b/a CENTRO MEDICO WILMA N. VAZQUEZ on September 2, 1999 (docket No. 27) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted against codefendants AIICO and INSTITUTO MEDICO DEL NORTE be and the same are hereby **DISMISSED**.

CIVIL NO. 98-1495 (RLA) Page 2

It is further ORDERED AND ADJUDGED that the claims asserted against codefendant DR. JOSE FIGUEROA-ROSSNER be and the same are likewise **DISMISSED**.[1]

Petitioners having waived costs, expenses and attorney's fees, none shall be imposed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] Although default had been entered against DR. FIGUEROA-ROSSNER, pursuant to Rule 55 Fed. R. Civ. P. "a summary judgment in favor of the answering defendants will accrue to the benefit of the defaulting defendant." 10A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 2690 at 75.