UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 OCT 22  AM 7: 44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

NORBERTO MONTESINO

V.                          CIVIL NO. 98-1495 (RLA)

INSTITUTO MEDICO DEL NORTE d/b/a
HOSPITAL WILMA N. VAZQUEZ

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/14/99  Docket # 30 [X] Plaintiff's counsel  Title: **Motion Withdrawing Representation** | **DENIED AS MOOT.  This case is closed.  <u>See</u> Judgment entered on September 10, 1999 (dkt. No. 29).** |

October 19, 1999
Date

By _____
RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 31 |

3